UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN A. GONZALEZ,

Plaintiff,

v.

C. BANISH, et al.,

Defendants.

No. 2:26-cv-3410 SCR P

ORDER APPOINTING LIMITED PURPOSE COUNSEL

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action under 42 U.S.C. § 1983. The undersigned finds that the appointment of counsel for Plaintiff is warranted for the limited purpose of investigating the matter and drafting and filing an amended complaint. Jack Duran has been selected from the Court's pro bono attorney panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel (ECF No. 4) is GRANTED.

2. Jack Duran is appointed as limited purpose counsel in the above-captioned matter. This appointment is for the limited purpose of investigating the claim and drafting and filing an amended complaint. The amended complaint is due sixty (60) days from the date of this order.

3. Jack Duran's appointment will terminate upon the filing of either Plaintiff's

amended complaint or a notice that an amended complaint would not be appropriate.

4. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Jack Duran, Duran Law Office PC, 4010 Foothills Blvd., Suite 103 Box 98, Roseville, CA 95747.

DATED: October 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE